UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY A. SCHEMBRI,<br><br>   Plaintiff,<br><br>   v.<br><br>FBI SACRAMENTO, et al.,<br><br>   Defendants. | No.  2:23-cv-0184-DJC-KJN (PS)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

  Plaintiff filed this action on January 30, 2023, and requested leave to proceed in forma pauperis (IFP).  (ECF Nos. 1, 2.)  On June 30, 2023, the court granted plaintiff's IFP request and issued an order granting plaintiff leave to amend.  (ECF No. 4.)  The clerk's office attempted to serve the order on plaintiff by mail, but on June 26, 2023, the order was returned as undeliverable.  In addition, on April 4, 2023, an order issued and was mailed to plaintiff at the provided address after a newly appointed district judge, District Judge Calabretta, was reassigned to this case.  (ECF No. 3.)  On May 1, 2023, the Order Reassigning Newly Appointed District Judge was returned as undeliverable.

  Under Local Rule 183(b), a party appearing pro se must keep the court advised as to his or her current address.  If mail directed to a pro se plaintiff by the clerk is returned, and the plaintiff fails to advise the court of a current address within sixty-three (63) days, the court may dismiss the action without prejudice for failure to prosecute.  L.R. 183(b).  Here, plaintiff was to notify

the court of any change of address by July 10, 2023, i.e., within sixty-three (63) days of the court's April 4, 2023 order.   Because that date passed and plaintiff has not notified the court of a current address, the court recommends that plaintiff's claims be dismissed without prejudice.

## FINDINGS AND RECOMMENDATIONS

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's claims be DISMISSED without prejudice under Local Rule 183(b); and

2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served on all parties and filed with the court within fourteen (14) days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated:  October 16, 2023

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

sche.0184