1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIMBERLEY A. SCHEMBRI,                    No. 2:23-cv-0184-DJC-KJN (PS)

12              Plaintiff,                      ORDER

13        v.

14   FBI SACRAMENTO, et al.,

15              Defendant.

16

17        On October 16, 2023, the Magistrate Judge filed findings and

18   recommendations herein which were served on the Plaintiff and which contained

19   notice that any objections to the findings and recommendations were to be filed

20   within fourteen days.  No objections were filed.

21         Accordingly, the Court presumes that any findings of fact are correct.  *See*

22   *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's

23   conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*,

24   708 F.2d 452, 454 (9th Cir. 1983).

25        The Court has reviewed the applicable legal standards and, good cause

26   appearing, concludes that it is appropriate to adopt the Proposed Findings and

27   Recommendations in full.  In addition to the reasons stated by the Magistrate Judge,

28   the Court notes that Plaintiff failed to comply with the Magistrate Judge's Order (ECF

1

1  No. 4) directing Plaintiff to file an amended complaint or notice of voluntary dismissal

2  in response to the Magistrate Judge's screening order.

3       Accordingly, IT IS ORDERED that:

4       1.  The Proposed Findings and Recommendations filed October 16, 2023, are

5           ADOPTED;

6       2.  Plaintiff's claims are DISMISSED without prejudice under Local Rule 183(b);

7           and

8       3.  The Clerk of Court is directed to close this case.

9

10

11       IT IS SO ORDERED.

12  Dated:   December 1, 2023                    *Daniel J. Calabretta*
                                                 Hon. Daniel J. Calabretta
13                                               UNITED STATES DISTRICT JUDGE

14

15

16  RS,sche.0184

17

18

19

20

21

22

23

24

25

26

27

28